UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V

MICHAEL LEN JACKSON

                                      Case No.   05-378M-02

_____

PRAECIPE

MADAM CLERK:

   Please enter the appearance of the undersigned in the above-referenced case as court-appointed counsel.

                        Respectfully submitted,

_____
Cynthia Katkish
601 Pa. Ave. NW
900S pmb 221
Washington, D.C. 20004
Bar No. 418876
202-639-8132
202-997-1386
Fax 202-639-2000